# NO. 12-22-00278-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BBX OPERATING, LLC AND PANTHER CREEK HOLDINGS, LLC, APPELLANTS* | § | *APPEAL FROM THE 159TH* |
| *V.* | | |
| *HYLIE VOSS, AS MANAGER OF FLOURNOY-VOSS TIMBER HOLDINGS, BARBARA ANN FLOURNOY, JULIEANNE FLOURNOY TOUPS, KYLE D. HAY, KRISTEN D. HAY, SCOTT D. HAY, ADA L. HAY, ROBERT L. FLOURNOY* | § | *JUDICIAL DISTRICT COURT* |
| *AND THOMAS FLOURNOY, APPELLEES* | § | *ANGELINA COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellants, BBX Operating, LLC and Panther Creek Holdings LLC, filed an unopposed motion to dismiss this appeal. The motion states that the parties finalized a settlement agreement and Appellants no longer desire to pursue the appeal. Accordingly, the motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered February 28, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 28, 2023**

**NO. 12-22-00278-CV**

**BBX OPERATING, LLC AND PANTHER CREEK HOLDINGS, LLC,**
Appellants
V.
**HYLIE VOSS, AS MANAGER OF FLOURNOY-VOSS TIMBER HOLDINGS, BARBARA ANN FLOURNOY, JULIEANNE FLOURNOY TOUPS, KYLE D. HAY, KRISTEN D. HAY, SCOTT D. HAY, ADA L. HAY, ROBERT L. FLOURNOY AND THOMAS FLOURNOY,**
Appellees

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. CV-00371-19-06)

THIS CAUSE came on to be heard on the unopposed motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*